UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                    Plaintiff,

        v.

EDGAR SOLANO LOPEZ,

                    Defendant.

CASE NO. MJ25-771

**DETENTION ORDER**

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and finds there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with reentry of a removed alien. The Court received no verified information about Defendant's ties to the community, residence, employment, substance and alcohol use, or heath. According to the pretrial report, Defendant was removed in 2017 and since then has been charged with a number of misdemeanor offenses including theft and criminal trespass. Defendant has not done well on supervision. His 2012 deferred prosecution was revoked, and he was ordered to serve 12 months of imprisonment. Defendant also has a history of failing to appear for court hearings. In 2016 two warrants were issued by the Bremerton

DETENTION ORDER - 1

Municipal Court; in 2017 the King County District Court issued a warrant; and in 2025 two warrants were issued by the Kent Municipal Court. The Court finds Defendant poses a serious risk to flee and should thus be detained.

It is therefore **ORDERED**:

(1)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)    On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)    The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 16th day of March, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2